## UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF VIRGINIA

U.S.A. vs. Shaquille BROWN                     Docket No. 1:18-MJ-274

### Petition for Action on Conditions of Pretrial Release

COMES NOW, U.S. PROBATION OFFICER NICOLE R. ANDREWS, presenting an official report upon the conduct of defendant **Shaquille BROWN**, who was placed under pretrial release supervision by YOUR HONOR, sitting in the court at Alexandria, VA, on June 18, 2018, under the following conditions:

*Report to Pretrial Services as directed;

*Do not break any laws; and

*Continue or actively seek employment.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

On June 29, 2018, the defendant was charged with 1) Malicious Destruction of Property/Value $1,000; 2) Telephone Misuse: Repeat Calls, and 3) False Imprisonment, in Prince Georges County, Maryland.

PRAYING THAT THE COURT WILL issue a **SUMMONS** and the defendant return to court and show cause why his conditions of release should not be revoked.

RETURNABLE DATE: 7-31-18 @ 10:00 am

**ORDER OF COURT**

Considered and ordered this 13th day of July 20 18 and ordered filed and made a part of the records in the above case.

/s/
Theresa Carroll Buchanan
United States Magistrate Judge

_____
Theresa Carroll Buchanan
U.S. Magistrate Judge

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: July 13, 2018

Nicole R. Andrews
U.S. Probation Officer