## UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF VIRGINIA

U.S.A. vs. Shaquille Brown            Docket No. 1:18-MJ-274

### Petition on Probation

COMES NOW Elissa F. Martins, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Shaquille Brown, who was placed on supervision by the Honorable Theresa C. Buchanan, United States Magistrate Judge sitting in the Court at Alexandria, Virginia, on the 31st day of July, 2018, who fixed the period of supervision at one (1) year, and imposed the general terms and conditions heretofore adopted by the Court and also imposed special conditions and terms as follows:

-See Page 2-

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

See Attachment(s)

**PRAYING THAT THE COURT WILL ORDER** a summons to be issued directing that the offender appear before the Court to show cause why supervision should not be revoked.

Returnable Date: _10-16-18 @ 10:00 am_

**ORDER OF COURT**

Considered and ordered this 14th day of Sept, 2018 and ordered filed and made a part of the records in the above case.

/s/
Theresa Carroll Buchanan
United States Magistrate Judge

Theresa C. Buchanan
United States Magistrate Judge

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:

_Elissa F. Martins_ (Digitally signed by Elissa F. Martins, Date: 2018.09.14 12:03:02 -04'00')

Elissa F. Martins
U.S. Probation Officer
(703) 299-2309

Place Alexandria, Virginia

**TO CLERK'S OFFICE**

**The Honorable Theresa Carrol Buchanan**  Page 2
**RE: BROWN, Shaquille**

OFFENSE:    Disorderly Conduct

SENTENCE: The defendant was placed on one (1) year supervised probation with the following special conditions: 1) The defendant shall serve five (5) days in jail (defendant remanded to USMS); 2) No extra special conditions of supervised probation are imposed; The defendant shall follow the pretrial conditions imposed in Maryland; if a Violation Petition is filed in Maryland, the probation officer here in Eastern District of Virginia (Alexandria Division) shall file a Violation Petition as well; and 3) No fine imposed; a mandatory $25 special assessment shall be paid within thirty (30) days.

ADJUSTMENT TO SUPERVISION: Mr. Brown is being supervised by U.S. Probation Officer (USPO) Ashley Contreras of the District of Maryland, as he resides in Capital Heights, Maryland, with his mother and grandmother. He is unemployed but enrolled in the Construction Works Program through the Maryland Workforce Exchange on September 4, 2018. Upon completion, the defendant plans to obtain employment in the construction field. The special assessment fee was paid on September 10, 2018.

USPO Contreras advised this officer that she is not aware of the defendant being under any type of pretrial services supervision for the State of Maryland. She related the only pretrial supervision Mr. Brown was under, was related to the instant offense.

The undersigned received two (2) letters from the District of Maryland, advising this office of the defendant's non-compliance on supervision, specifically related to drug and alcohol use. Details are outlined below.

VIOLATIONS: The following violations are submitted for the Court's consideration.

**CONDITION 7:**          **USE OF MARIJUANA, MDMA AND EXCESSIVE USE OF ALCOHOL.**

On August 16, 2018, Mr. Brown reported to the U.S. Probation Office in the District of Maryland for his initial appointment with USPO Contreras. During the appointment, several attempts were made to collect a urine sample from the defendant, which were unsuccessful due to Mr. Brown's erratic behavior. However, he signed an Admission of Drug Use From, stating he had used Marijuana and "Molly" (Methylenedioxy-methamphetamine - MDMA) on or about August 15, 2018. Additionally, a breathalyzer was conducted and Mr. Brown blew a 0.082 BAC. The defendant admitted to drinking alcohol prior to his appointment with the probation office. In response to the non-compliance, USPO Contreras had Mr. Brown signed a modification to include the following special conditions: 1) You must participate in a substance abuse treatment program and follow the rules and regulations of that program. The probation officer will supervise your participation in the program (provider, location, modality, duration, intensity, etc.); and 2) You must submit to substance abuse testing to determine if you have used a prohibited substance. You must not attempt to obstruct or tamper with the testing methods. Due to the defendant's intoxication at the initial appointment, USPO Contreras reviewed the modification agreement again with the defendant on August 22, 2018. Mr. Brown agreed to the proposed modification. The modification is attached to this petition for the Court's approval.

On September 4, 2018, the undersigned received additional non-compliance information from USPO Contreras, advising that on August 29, 2018, Mr. Brown submitted a urine screen which yielded positive results for the use of marijuana. The defendant admitted to using marijuana on August 25, 2018.

EFM/cdp